UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES PYLE,

Plaintiff,

v.

PROG LEASING L.L.C.,
d/b/a PROGRESSIVE LEASING,

Defendant.

**Case No.: 8:16-cv-01452-MSS-TBM**

**JOINT STIPULATION TO COMPEL ARBITRATION AND STAY CASE**

Plaintiff, James Pyle, and Defendant Prog Leasing LLC d/b/a Progressive Leasing ("Prog Leasing"), by their undersigned counsel, jointly move to compel arbitration and stay this matter pending arbitration as the account agreement between the parties contains an arbitration provision that covers the scope of this dispute.

Dated: July 28, 2016

*/s/ Frank H. Kerney III*
Frank H. Kerney III
fkerney@forthepeople.com
Florida Bar No.: 0338620
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
*Attorneys for Plaintiff*

*/s/ Jenny N. Perkins*
Jenny N. Perkins
perkins@ballardspahr.com
Florida Bar No.: 77570
Ballard Spahr LLP
1735 Market Street, 51st Fl
Philadelphia, PA 19103
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of July, 2016, a true and correct copy of the foregoing was served via the CM/ECF system on Frank H. Kerney III**,** Morgan & Morgan, P.A., One Tampa City Center, 201 North Franklin Street, 7th Floor, Tampa, Florida, 33602.

*/s/ Jenny N. Perkins*
Jenny N. Perkins