UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES PYLE,

Plaintiff,

-vs- CASE NO.: 8:16-CV-1452-T-35TBM

PROG LEASING, LLC
d/b/a PROGRESSIVE LEASING,

Defendant.
_________________________________/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, JAMES PYLE, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JAMES PYLE, and Defendant, PROG LEASING, LLC d/b/a PROGESSIVE LEASING, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Justin Angelo, Esquire, Ballard Spahr LLP, 919 3rd Avenue, New York, NY 10022 (angeloj@ballardspahr.com); Jenny N. Perkins, Esquire, Ballard Spahr, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103 (perkinsj@ballardspahr.com and segald@ballardspahr.com).

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
cfallara@forthepeople.com
Counsel for Plaintiff